CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 24-00506-1 AMO |
|     Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) MARCH 23, 2026, THROUGH APRIL 20, 2026, |
|     v. | ) AND [~~PROPOSED~~] ORDER |
| | ) |
| OLUWATOBI OTUKELU, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for defendant OLUWATOBI OTUKELU that time be excluded under the Speedy Trial Act from March 23, 2026, through April 20, 2026.

On March 12, 2026, U.S. Magistrate Judge Kandis A. Westmore appointed new counsel to represent defendant Otukelu. Following the appointment of counsel, the parties submitted, and the Court signed, a new protective order.

The parties appeared for a status conference on February 23, 2026. As the parties reported to the Court, new defense counsel has received most of the discovery that was produced to the prior counsel, and the United States re-produced the rest of the previous discovery. At the status conference, with the agreement of the parties, the Court set the matter for trial setting on March 23, 2026.

STIP. AND [~~PROPOSED~~] ORDER
Case No. CR 24-00506 AMO
                                                     v. 7/10/2018

On March 23, 2026, the parties appeared and informed the Court that defendant Otukelu wished to set the matter for change of plea. With the agreement of the parties, the Court set the matter for change of plea on April 20, 2026. The parties also agreed that excluding time under the Speedy Trial Act until April 20, 2026, will allow for the effective preparation of counsel, given the continuing review of the discovery and investigation of the matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 23, 2026, through April 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: March 26, 2026

_____/s/_____
MICHELLE J. KANE
Assistant United States Attorney

DATED: March 26, 2026

_____/s/_____
MEREDITH OSBORN
Counsel for Defendant OTUKELU

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby finds that failing to exclude the time from March 23, 2026, through April 20, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 23, 2026, through April 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

//

that the time from March 23, 2026, through April 20, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   3/26/2026

HON. ARACELI MARTINEZ-OLGUÍN
United States District Judge