MEREDITH OSBORN (SBN 250467)
Meredith.Osborn@arnoldporter.com
JEE HEUN ("JEENIE") KAHNG (SBN 348556)
Jeenie.Kahng@arnoldporter.com
ANTHONY E. LINDSEY II (SBN 359582)
Anthony.Lindsey@arnoldporter.com
NICHOLAS GERACI (SBN 366879)
Nick.Geraci@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4024
Telephone:      415.471.3100
Facsimile:      415.471.3400

Attorneys for Defendant Oluwatobi Emmanuel Otukelu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    *Plaintiff*,<br><br>          v.<br><br>OLUWATOBI EMMANUEL OTUKELU,<br><br>                    *Defendant*. | Case No. 4:24-cr-00506-AMO-1<br><br>Hon. Araceli Martinez-Olguin<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW JEE HEUN KAHNG AS COUNSEL FOR DEFENDANT OLUWATOBI EMMANUEL OTUKELU** |

Having considered the Motion to Withdraw Jee Heun Kahng as counsel of record for Defendant Oluwatobi Emmanuel Otukelu in this matter, the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   5/15/2026

Honorable Araceli Martínez-Olguín
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JEE HEUN KAHNG AS COUNSEL   No. 4:24-cr-00506-AMO-1